```
AO-19
Rev. 1/91
```

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARMSTRONG, SAUNDRA B. | NORTHERN DISTRICT OF CALIFORNIA | 4/27/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. DISTRICT COURT JUDGE - Active | 5. Report Type (check appropriate type) X Nomination, Date 4/25/91 X Initial ___ Annual ___ Final | 6. Reporting Period 1/1/90 to 4/26/91 |
|---|---|---|

| 7. Chambers or Office Address |
|---|
| Alameda County Superior Court (Current office Address) 1225 Fallon Street, Dept #13 Oakland, CA 94612 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Financial guardian/custodian for minor dependent child, Albertha Armstrong

Member, Board of Directors      Alameda County Youth Development, Inc.

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |

☐ NONE (No reportable non-investment income)

| 1989 Salary (gross) | State of California; Judicial duties | $ 67,134.00 |
|---|---|---|
| 1989 Salary " | County of Alameda; Judicial duties | $ 3,051.00 |
| 1989 Salary " | Communications International, Inc. | $ (S) |
| 1990 Salary " | State of California; Judicial duties | $ 78,056.00 |
| 1990 Salary " | County of Alameda; Judicial duties | $ 9,464.00 |

FINANCIAL DISCLOSURE REPORT (Continued)       ARMSTRONG, SAUNDRA B.      4/27/91

Page 2                                              •

I.  POSITIONS (Continued)

   Member, Board of Directors      Yellow Brick Road Foundation
   Member, Board of Governors      University of San Francisco School of Law

III.  NON-INVESTMENT INCOME (Continued)

   6.  1990 Salary (gross)      Communications International, Inc.        (S)
   7.  1991 Salary   "          State of California; Judicial duties    $22,449.24
   8.  1991 Salary   "          County of Alameda; Judicial duties      $ 3,276.00
   9.  1991 Salary   "          Communications International, Inc.        (S)
   10. 1990                     Refund of State and local taxes         $ 2,026.00
   11. 1990                     Refund of Federal taxes                 $ 8,116.00
   12. 11/7/90  Honoraria       Jones Memorial United Methodist Church
                                Women's Day speech                      $   150.00
   13. 5/20/90  Honoraria       Taylor United Methodist Church
                                Women's Day speech                      $   100.00
   14. 1/9/90   Honoraria       Davis Chapel C.M.E. Church
                                Women's Day Speech                      $    50.00

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ARMSTRONG, SAUNDRA B. | 4/27/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| VOLVO FINANCE NORTH AMERICA (J) | LEASED VEHICLE | J |
| BARBARY COAST | MORTGAGE SECURED BY REAL PROPERTY | L |
| TRUST BANK (J) | MORTGAGE SECURED BY REAL PROPERTY | L |
| THREE RIVERS BANK (S) | MORTGAGE COVERING BUSINESS INTEREST | M |
| MBNA AMERICA (J) | MASTERCARD | J |
| | | |
| | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ARMSTRONG, SAUNDRA B. | Date of Report<br>4/27/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(I)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(If private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Real Property:<br>4612 Camden St., Oak, CA | D | Rent | M | W | E X | E | M | P T | |
| 2 Real Property: (J)<br>3314 S.28th St., Alex, VA | D | Rent | L | W | E X | E | M | P T | |
| 3 All American Car Care<br>Center (S) | A | | N | W | E X | E | M | P T | |
| 4 Bank of America, Belmont CA<br>Savings Account (J) | A | Interest | J | T | E X | E | M | P T | |
| 5 A.T.& T. (S) | A | DIV. | J | T | E X | E | M | P T | |
| 6 Equitable Capital Partners<br>Retirement Funds (S) | A | | J | T | E X | E | M | P T | |
| 7 Keystone America G.S.<br>Fund (S) | A | | J | T | E X | E | M | P T | |
| 8 Merrill Lynch Global<br>Allocation Fund (S) | A | | J | T | E X | E | M | P T | |
| 9 Lord Abbett BD DB<br>Fund (S) | A | | J | T | E X | E | M | P T | |
| 10 Merrill Lynch Retirement<br>Reserves (Money fund) (S) | A | DIV. | J | T | E X | E | M | P T | |
| 11 Dreyfus Capital Value<br>Fund (DC) | A | LTCG &<br>DIV. | J | T | E X | E | M | P T | |
| 12 Allince Municipal Insured<br>California Port (DC) | A | DIV. | J | T | E X | E | M | P T | |
| 13 Merrill Lynch Global<br>Allocation Fund (DC) | A | LTCG &<br>DIV | J | T | E X | E | M | P T | |
| 14 Merrill Lynch Municipal<br>Bond Fund Insur CL A (DC) | B | Capital<br>Gains | K | T | SOLD | | | | |
| 15 Templeton World Fund (DC) | B | DIV | K | T | E X | E | M | P T | |
| 16 Alaska Energy At Pwr Rev<br>Brdly Lake 2nd Ser MBIA (DC) | B | INT. | K | T | BUY | | | | |
| 17 Merrill Lynch Reauy Assets<br>Trust (DC) | A | DIV/INT | J | T | E X | E | M | P T | |
| 18 A. T. & T. | A | DIV | J | T | E X | E | M | P T | |
| 19 U.S. Thrift Opportunity<br>Partners LP 8B | A | | J | T | E X | E | M | P T | |
| 20 Merrill Lynch Lee Acquisi-<br>tion Retirement Fund II | A | | J | T | E X | E | M | P T | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>G=$50,001 to $100,000 | C=$2,501 to 5,000<br>H=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>P=More than $1,000,000 | |
|---|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>W=Book Value | R=Cost (real estate only)<br>X=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (Continued)　　　　　ARMSTRONG, SAUNDRA B.　　4/27/91

page 5

VII.　INVESTMENTS AND TRUSTS (Continued)

| A. DESCRIPTION OF ASSETS | B. INCOME | C. VALUE | D. TYPE OF TRANSACTI |
|---|---|---|---|
| Keystone America G.S. Fund SBI | A Dividends | J T | |
| Merrill Lynch Global Allocation Fund | A Div. & LTCG | J T | |
| Lord Abbett Bd DB Fund | A Dividends | J T | |
| U.S. Treasury Strips Zero Percent | A | J T | Purchased |
| Merrill Lynch Retirement Reserves | A Dividends | J T | |
| Bank of Oakland Common Stock (S) | A | J T | |
| Citicorp Savings & Loan, Oakland, CA Savings Account | A Interest | J T | |
| Citicorp Savings & Loan, Oakland, CA Certificates of Deposit | A Interest | J T | Sold |
| Metropolitan Life Insurance Co. Wheaton, Md., Universal Life Insurance policy | A Interest | J T | |
| Merrill Lynch Municipal Bond Fund Insur (DC) | A Dividends | J T | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ARMSTRONG, SAUNDRA B. | 4/27/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Saundra B. Armstrong_          Date _April 27, 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google